STATE OF NEW JERSEY v. CEPHAS PHILLIPS.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LOTTIE GALLUCCI.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. BOOKER T. WASHINGTON.

May 18, 1982.

Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS
AGAINST ROBERT D. EDWARDS.

May 18, 1982.

Petition for certification denied.